# HANG & ASSOCIATES, PLLC
ATTORNEYS AT LAW
136-20 38th Avenue, Suite 10G
Flushing, New York 11354

Yuezhu Liu, Esq.
Tel : (718) 353-8588
Fax: (718) 353-6288
Email: yliu@hanglaw.com

**VIA ECF**
Hon. Lorna G. Schofield
United States District Judge
500 Pearl St
New York, NY 10007

Re: <u>Alicia Velasquez v. Lities Corp., et al.</u>
    Case No. 20-cv-04208-LGS
    Letter Request for Adjournment

Dear Hon. Lorna G. Schofield:

    This firm is counsel for the Plaintiffs in the abovementioned matter. We write with consent of opposing counsel, Samuel Viruet who represents Defendants Lities Crop and Rafaela Estrada, to request an adjournment of the telephonic Initial Conference currently scheduled for August 13, 2020 to September 24, 2020 or any date thereof when the Court is available. This is the first request for adjournment of this conference.

    We seek this adjournment for the following three reasons. Defendants Vasilos Lambos and Achilles Polygerinos were just served on July 23, 2020 and we have not heard any responses from them to date. *See* Doc. #11. An adjournment of the Conference will offer them enough time to prepare their responses and/or to have a settlement discussion with us. Further, we have not heard any responses from Defendants Karikan Donut Cop. d/b/a Munch Time Diner, Eidson Rivera and Roberto "Doe", although we have served the corporate defendant on June 25, 2020 and the individual defendants on July 10, 2020. *Id*. An adjournment will allow us to make an extra effort to reach out to and confer with them before the Initial Conference. Last, an adjournment will allow Mr. Viruet and I to continue our settlement discussion.

    Accordingly, we respectfully request that the Court adjourn the Initial Conference. We thank the Court for its time and attention to this matter.

Very Truly Yours,
*/s/ Yuezhu Liu*
Yuezhu Liu, Esq.
*Attorney for Plaintiffs*

---

**Application GRANTED.** The initial pretrial conference, scheduled for August 13, 2020, is adjourned to **September 10, 2020, at 10:30 A.M**. The conference will be held telephonically on the following conference line: (888) 363-4749 and use Access Code 558-3333. Per the Individual Rules, the parties shall file a joint letter and a joint proposed Civil Case Management Plan and Scheduling Order at least one week before the conference date, or by **September 3, 2020**. The time of the conference is approximate, but the parties shall be ready to proceed at that time. If Defendants Vasilos Lambos, Achilles Polygerinos, Karikan Donut Corp, Edison Rivera d/b/a Much Time Diner, and Roberto "Doe" have not yet appeared and Plaintiff is not in communication with those Defendants in time to prepare the joint materials, Plaintiff shall also propose a date to present an Order to Show Cause for default judgment as to the non-appearing Defendants and related papers as provided in the Individual Rules. Plaintiff shall serve a copy of this Order on the aforementioned defendants, and shall file affidavits of service no later than **August 17, 2020**.

SO ORDERED.    Dated:   August 10, 2020    New York, New York

*[Signature: Lorna G. Schofield]*
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE