# HANG & ASSOCIATES, PLLC
ATTORNEYS AT LAW
136-20 38th Avenue, Suite 10G
Flushing, New York 11354

October 21, 2020

Yuezhu Liu, Esq.
Tel : (718) 353-8588
Fax: (718) 353-6288
Email: yliu@hanglaw.com

**VIA ECF**
Hon. Lorna G. Schofield
United States District Judge
500 Pearl St
New York, NY 10007

> The application is GRANTED in part. By **October 29, 2020**, Plaintiffs shall file its motion for preliminary collective certification. By **November 19, 2020**, Defendants shall file its opposition. By **November 30, 2020**, Plaintiffs shall file their reply.
>
> SO ORDERED.
>
> Dated: October 22, 2020
> New York, New York
>
> LORNA G. SCHOFIELD
> **UNITED STATES DISTRICT JUDGE**

Re: <u>Alicia Velasquez v. Lities Corp., et al.</u>
   Case No. 20-cv-04208-LGS
   Letter Request for Extension of the Motion Filing for Preliminary Collective Certification

Dear Hon. Lorna G. Schofield:

   This office represents the Plaintiffs in the above referenced matter. I write to ask for an extension for the motion for preliminary collective certification that was originally due on October 22, 2020 until October 29, 2020. Defendants' counsel Samuel Viruet has refused our extension request without giving any reason. This is the first request for extension of the motion filing.

   Pursuant to the Order on Septemper 10, this office conferred with Defenants' counsle on Octoebr 15, 2020 regarding preliminary collective certificaiton.  As Defendants were not willing to stipulate to the certificaion, this office had started working on the motion for preliminary collective certification since then. Currently, this firm is working on the Client affidavits in support of the Plaintiffs' motion for preliminary collective certification.

   There are five Plaintiffs' signatures to be collected to our office. Due to the social distance requirement and most of our staff are working remotely, this firm is facing some difficulty in scheduling the Plaintiffs' for an in-person meeting. However, we are attempting to have the Plaintiffs sign their affidavits via remote means. The Plaintiffs are waitress, dishwasher, cook, thus, they have limited ability to complete signature remotely. This firm is advising the Plaintiffs regarding how they can complete signatures via mobile apps.

   Accordingly, we respectfully request that the Court grants another one-week extension until October 29, 2020 for us to file this motion. We also respectfully request that the Court extends Defendants' opposition time from November 12, 2020 to November 19, 2020 and Plaintiff's reply time from November 19, 2020 to December 3, 2020. We thank the Court for its time and attention to this matter.

   Very Truly Yours,
   */s/ Yuezhu Liu*