UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ALICIA VELASQUEZ, et al.,
                     Plaintiffs,

                          20 Civ. 4208 (LGS)

          -against-

                          ORDER

LITIES CORP., et al.,
                     Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, on October 22, 2020, the Court directed Plaintiff to file its motion for preliminary collective certification, and further directed the parties to file briefing regarding the motion (Dkt. No. 36).

      WHEREAS, on November 30, 2020, the motion was fully briefed.  It is hereby

      **ORDERED** that, the parties shall attend a telephonic conference on **December 10, 2020, at 10:30 A.M.** at which time the Court will issue an oral opinion.  No argument will be heard. The parties shall call (888) 363-4749 and use Access Code 558-3333.  The time of the conference is approximate, but the parties shall be ready to proceed at that time.

Dated: December 2, 2020
       New York, New York

                                                  LORNA G. SCHOFIELD
                                         UNITED STATES DISTRICT JUDGE