UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ALICIA VELASQUEZ, et al.,

                  Plaintiffs,

-against-

LITIES CORP., et al.,

                  Defendants.
------------------------------------------------------------X

20 Civ. 4208 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on March 25, 2021, counsel Liu, Viruet and Cruz ("Counsel") were directed, by April 6, 2021, to file a letter reporting on the status of various actions ordered by the Court.  *See* Dkt. No. 64.

WHEREAS, Counsel failed to file this letter.  It is hereby

**ORDERED** that, by **April 13, 2021**, Counsel shall file a letter in compliance with the Order at Dkt. No. 64.

Dated: April 7, 2021
      New York, New York

                                              LORNA G. SCHOFIELD
                                       UNITED STATES DISTRICT JUDGE