UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------X
                                                            :
  ALICIA VELASQUEZ, et al.,                                 :
                                        Plaintiffs,         :
                                                            :          20 Civ. 4208 (LGS)
                        -against-                           :
                                                            :               ORDER
  LITIES CORP., et al.,                                     :
                                        Defendant.  :
------------------------------------------------------------X
```

WHEREAS, on March 23, 2021, a case management conference scheduled by the Third

Amended Case Management Plan was adjourned to May 6, 2021, at 10:30 A.M.  Dkt. No. 62.

WHEREAS, on March 25, 2021, a Fourth Amended Case Management Plan was issued

scheduling a case management conference for June 3, 2021, at 10:30 A.M.  Dkt. No. 63.  It is

hereby

**ORDERED** that the case management conference scheduled for May 6, 2021, at 10:30

A.M. is canceled.


Dated: May 3, 2021
       New York, New York

                                        _____
                                        **LORNA G. SCHOFIELD**
                                        **UNITED STATES DISTRICT JUDGE**