UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
ALICIA VELASQUEZ, et al.,
                Plaintiffs,

        -against-

LITIES CORP., et al.,
                Defendants.
------------------------------------------------------------- X

20 Civ. 4208 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on March 25, 2021, a Fourth Amended CMP was issued directing that discovery for any opt-in Plaintiffs be completed by May 17, 2021, and scheduling a pre-motion conference for June 3, 2021. Dkt. No. 63.

WHEREAS, on April 19, 2021, the Court extended Plaintiffs' deadline to file a letter identifying any additional opt-in Plaintiffs to May 31, 2021. Dkt. No. 85.

WHEREAS, Plaintiffs have not filed a letter identifying any additional opt-in Plaintiffs. It is hereby

**ORDERED** that the pre-motion conference scheduled for June 3, 2021, at 10:30 A.M. is hereby adjourned to **June 17, 2021, at 10:30 A.M**. The parties shall call (888) 363-4749 and use Access Code 558-3333. The time of the conference is approximate, but the parties shall be ready to proceed at that time. If the parties do not file any pre-motion letter by **June 3, 2021**, *see* Dkt. No. 85 ¶ 15(c)(i), this conference will be canceled and the matter placed on the Court's trial-ready calendar.

Dated: June 1, 2021
      New York, New York

                                            LORNA G. SCHOFIELD
                                          UNITED STATES DISTRICT JUDGE