UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
   ALICIA VELASQUEZ,
                      Plaintiff,

               20 Civ. 4208 (LGS)
      -against-

               ORDER
   LITIES CORP., et al.,
                      Defendants.
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, on June 9, 2021, the Court scheduled a pre-motion conference on July 1, 2021, at 10:30 A.M. to discuss Defendants' proposed motion for summary judgment. Dkt. No. 94.

      WHEREAS, a scheduling conflict has arisen. It is hereby

      **ORDERED** that, the pre-motion conference is hereby adjourned to **July 1, 2021, at 4:25 P.M**. The parties shall call (888) 363-4749 and use Access Code 558-3333. The time of the conference is approximate, but the parties shall be ready to proceed at that time.

Dated: June 29, 2021
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE