```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  9/10/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ALICIA VELASQUEZ, *et al.*,      :
                                 :
                   Plaintiffs,   :
                                 :     **ORDER**
         -v-                     :
                                 :     20-CV-4208 (LGS) (JLC)
                                 :
LITIES CORP., *et al.*,          :
                                 :
                   Defendants.   :
-------------------------------------------------------------X

**JAMES L. COTT, United States Magistrate Judge.**

WHEREAS, the parties came before me for a settlement conference yesterday and plaintiffs and defendants Lities Corp., Rafaela Estrada, and Roberto (Collado) Doe ("the settling defendants") reached a settlement in principle;[1]

IT IS HEREBY ORDERED that plaintiffs and the settling defendants are directed to file a joint letter motion along with their settlement agreement **no later than October 12, 2021,** to request court approval.  The letter motion should explain why the proposed settlement is fair and reasonable and otherwise complies with the Second Circuit's decision in *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015).

Plaintiffs and the settling defendants should submit their settlement papers to Judge Schofield, unless they agree to consent to my jurisdiction to review the settlement under 28 U.S.C. § 636(c).  Consent forms are available on the Court website.

**SO ORDERED.**

Dated: September 10, 2021
       New York, New York

_____
JAMES L. COTT
United States Magistrate Judge

---

[1] Plaintiffs did not reach a settlement with Defendants Karikan Donut Corp. and Achilles Polygerinos.  Plaintiffs agreed at the conference that, upon the receipt of a declaration submitted pursuant to 28 U.S.C. § 1746, they will dismiss defendant Edison Rivera from the case.