```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
ALICIA VELASQUEZ, et al.,                                    :
                                    Plaintiffs,              :
                                                             :         20 Civ. 4208 (LGS)
                 -against-                                   :
                                                             :         ORDER
LITIES CORP., et al.,                                        :
                                    Defendants.              :
-------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on October 28, 2021, Plaintiffs filed a joint letter along with her settlement agreement and attorney billing details (Dkt. No. 116), in this action arising under the Fair Labor Standards Act;

WHEREAS, paragraphs 3 of Yuezhu Liu's Affidavit (Dkt. No. 116-2) requests $14,872.13 in attorneys' fees and costs;

WHEREAS, paragraph 8 of Yuezhu Liu's Affidavit (Dkt. No. 116-2) and Plaintiffs' letter (Dkt. No. 116) requests $14,872.30 in attorneys' fees and costs;

WHEREAS, the correct calculation based on Plaintiffs' counsel's method -- in which the firm is reimbursed $2,308.20 in filing fees and costs from the total settlement amount of $40,000 and retain one third of the remaining settlement amount -- would render $14,872.13 in attorneys' fees and costs;

WHEREAS, the settlement is otherwise fair and reasonable based on the nature and scope of Plaintiffs' claims and the risks and expenses involved in additional litigation. *See Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 206 (2d Cir. 2015), *cert denied.*, 136 S. Ct. 824 (2016); *Wolinsky v. Scholastic, Inc.*, 900 F. Supp. 2d 332, 335-36 (S.D.N.Y. 2012) (outlining the factors for determining whether proposed settlement is fair and reasonable).  It is

hereby

**ORDERED** that the settlement agreement is **APPROVED**.  It is further

**ORDERED** that Plaintiffs' counsel's request for attorneys' fees and costs is **GRANTED** in the amount of $14,872.13.  The remainder of the settlement shall be distributed to Plaintiffs. It is further

**ORDERED** that Plaintiffs shall file the Stipulation of Discontinuance by **November 5, 2021**.

Dated: November 3, 2021
       New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**