```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ALICIA VELASQUEZ, et al.,                   :
                          Plaintiffs,       :
                                            :
            -against-                       :       20 Civ. 4208 (LGS)
                                            :
LITIES CORP., et al.,                       :       ORDER
                          Defendants.       :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, all parties were ordered to file a Joint Stipulation of Facts and their respective Proposed Findings of Fact and Conclusions of Law by November 10, 2021, Dkt. No. 90;

WHEREAS, Defendants Lities Corp., Rafaela Estrada, Roberto "Doe" and Edison Rivera have been dismissed from this case pursuant to a settlement, Dkt. No. 119, 120;

WHEREAS, a Clerk's Certificate of Default was entered against Defendant Vasilos Lambos on March 30, 2021, Dkt. No. 71;

WHEREAS, Plaintiffs and Defendants Karikan Donut Corp. and Achilles Polygerinos (the "Remaining Parties") have not reached a settlement;

WHEREAS, the Remaining Parties have not filed (1) a Joint Stipulation of Facts and (2) respective Proposed Findings of Fact and Conclusions of Law as ordered in Dkt. No. 90.  It is hereby

**ORDERED** that the Remaining Parties shall file these documents by November 17, 2021.  The Remaining Parties are reminded that the Proposed Joint Final Pre-Trial Order is due November 17, 2021.  It is further

**ORDERED** that Plaintiffs shall move for default judgment against Defendant Vasilos Lambos in accordance with Attachment A of the Court's Individual Rules by **November 19, 2021**.  It is further

**ORDERED** that the final pretrial conference is scheduled for **November 23, 2021, at 2:00 P.M.**  The Remaining Parties shall call (888) 363-4749 and enter the Access Code 558-3333.

Dated: November 15, 2021
      New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**