```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
  ALICIA VELASQUEZ, et al.,                                 :
                              Plaintiffs,                   :
                                                            :          20 Civ. 4208 (LGS)
                   -against-                                :
                                                            :                ORDER
  LITIES CORP., et al.,                                     :
                              Defendants.                   :
                                                            :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on November 17, 2021, the Court was informed that Plaintiffs and Defendants Karikan Donut Corp. and Achilles Polygerinos (the "Remaining Parties") have reached a settlement agreement in principle.  It is hereby

**ORDERED** that, by **December 8, 2021**, the Remaining Parties shall submit: (*i*) the settlement agreement to the Court; and (*ii*) a joint letter with supporting evidence addressing the findings this Court must make in order to approve the settlement as fair and reasonable.  *See Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 206 (2d Cir. 2015), *cert. denied*, 136 S. Ct. 824 (2016); *Wolinsky v. Scholastic Inc.*, 900 F. Supp. 2d 332, 335-36 (S.D.N.Y. 2012) (outlining factors district courts have used to determine whether a proposed settlement is fair and reasonable).  It is further

**ORDERED** that any pending motions are **DENIED** as moot, and all conferences and trial are **CANCELED**.

Dated: November 18, 2021
       New York, New York

                                                  _____
                                                        LORNA G. SCHOFIELD
                                                     UNITED STATES DISTRICT JUDGE