UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ALICIA VELASQUEZ, et al., :
                        Plaintiffs, :
                                                                        :
                 -against- : 20 Civ. 4208 (LGS)
                                       :
LITIES CORP., et al., : <u>ORDER</u>
                        Defendants. :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, a Clerk's Certificate of Default was entered against Defendant Vasilos Lambos on March 30, 2021, Dkt. No. 71;

      WHEREAS, Plaintiffs were ordered to move for default judgment against Defendant Vasilos Lambos in accordance with Attachment A of the Court's Individual Rules by November 19, 2021, Dkt. 123;

      WHEREAS, Plaintiffs have not moved for default judgment against Defendant Lambos. It is here

      **ORDERED** that Plaintiffs shall move for default judgment against Defendant Lambos by **December 2, 2021.**  Failure to comply with this deadline may result in dismissal with prejudice as to Plaintiffs' claim against Defendant Lambos for failure to prosecute.

Dated: November 22, 2021
      New York, New York

                                                    LORNA G. SCHOFIELD
                                        UNITED STATES DISTRICT JUDGE