UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ALICIA VELASQUEZ, et al., :
                Plaintiffs, :
                 : 20 Civ. 4208 (LGS)
    -against- :
                 : ORDER
LITIES CORP., et al., :
                Defendants. :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, on December 7, 2021, Plaintiff Alicia Velasquez and Defendants Karikan Donut Corp. and Achilles Polygerinos filed a joint letter along with her settlement agreement and attorney billing details (Dkt. No. 129), in this action arising under the Fair Labor Standards Act;

    WHEREAS, the settlement is otherwise fair and reasonable based on the nature and scope of Plaintiffs' claims and the risks and expenses involved in additional litigation.  *See Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 206 (2d Cir. 2015), *cert denied.*, 136 S. Ct. 824 (2016); *Wolinsky v. Scholastic, Inc.*, 900 F. Supp. 2d 332, 335-36 (S.D.N.Y. 2012) (outlining the factors for determining whether proposed settlement is fair and reasonable).  It is hereby

    **ORDERED** that the settlement agreement is **APPROVED**.  It is further

    **ORDERED** that Plaintiff counsel's request for attorneys' fees and costs is **GRANTED** in the amount of $5,776.00.  The remainder of the settlement shall be distributed to Plaintiff Alicia Velasquez.  It is further

    **ORDERED** that Plaintiff shall file the Stipulation of Discontinuance against Defendants Karikan Donut Corp. and Achilles Polygerinos by **December 13, 2021**.

Dated: December 14, 2021
       New York, New York

                                      **LORNA G. SCHOFIELD**
                                      **UNITED STATES DISTRICT JUDGE**