UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
Alicia Velasquez, Adrian Hernandez Flores, Marino Pinzon,
Gonzalo Munoz, and Domingo Rojas, individually and
on behalf of all other employees similarly situated,

                                Plaintiff,              20Civ. 04208(LGS)

        - against -                              DEFAULT JUDGMENT

Lities Corp. D/B/A Munch Time Diner, Karikan Donut Corp.
D/B/A Munch Time Diner, Edison Rivera, Rafaela Estrada;
Roberto "Doe" (Last Name Unknown),Vasilos Lambos, and
Achiles Polygerinos,

                                Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

        This action having been commenced on _____6/20/2020___ by the filing of the

Summons and Complaint, and a copy of the Summons and Complaint having been personally

served on the defendant, Vasilos Lambos_____, on _____7/23/2020 by Jonathan Graber, the

server's personal service on _Achilles Polygerinos, the co-worker_____, and a proof of service

having been filed on ___8/7/2020___ and the defendant not having answered the Complaint, and

the time for answering the Complaint having expired, it is

        ORDERED, ADJUDGED AND DECREED:  That the plaintiff have judgment

against defendant in the liquidated amount of $89,714.60____with interest at 9% from

___8/28/2015__ amounting to $51,704.75plus costs and disbursements of this action in the

amount of $95,552.90amounting in all to $319,606.85.

Dated:  New York, New York
        _____

                                        _____
                                                    U.S.D.J.

                                        This document was entered on the docket
                                        on _____.