UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
ALICIA VELASQUEZ, et al.,  :
                Plaintiffs,  :
                                         :        20 Civ. 4208 (LGS)
      -against-  :
                                      :          ORDER
LITIES CORP., et al.,  :
                Defendants,  :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on March 31, 2022, Plaintiff's counsel filed a Declaration of Yuezhu Liu Regarding Service of Order to Show Cause for Default Judgment and Related Documents (the "Declaration");

WHEREAS, Plaintiff's counsel stated in the Declaration that the Court's Order to Show Cause for Default Judgment Against Defendant Vasilos Lambos was sent via overnight mail service to Defendant Lambos's last known address but that the mail was returned for not being able to be forwarded.

WHEREAS, the Order to Show Cause Hearing for Default Judgment is scheduled for April 6, 2022, at 4:00 P.M.  It is hereby

**ORDERED** that the Order to Show Cause Hearing for Default Judgment scheduled for April 6, 2022, is adjourned sine die.  It is further

**ORDERED** that, by April 14, 2022, Plaintiff shall file a letter either explaining how Plaintiff intends to serve Defendant Vasilos Lambos or seeking application for alternative service of the Order to Show Cause.

Dated: April 6, 2022
       New York, New York

                                                    LORNA G. SCHOFIELD
                                              UNITED STATES DISTRICT JUDGE