```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ALICIA VELASQUEZ, et al.,                   :
                         Plaintiffs,        :
                                            :      20 Civ. 4208 (LGS)
         -against-                          :
                                            :            ORDER
LITIES CORP., et al.,                       :
                         Defendants,        :
----------------------------------------------------------- X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on March 31, 2022, Plaintiff's counsel filed a Declaration of Yuezhu Liu Regarding Service of Order to Show Cause for Default Judgment and Related Documents (the "Declaration");

WHEREAS, Plaintiff's counsel stated in the Declaration that the Court's Order to Show Cause for Default Judgment Against Defendant Vasilos Lambos was sent via overnight mail service to Defendant Lambos's last known address but that the mail was returned for not being able to be forwarded;

WHEREAS, the Order to Show Cause Hearing for Default Judgment scheduled for April 6, 2022, was adjourned sine die;

WHEREAS, the Order dated April 6, 2022, directed Plaintiff to file a letter either explaining how Plaintiff intends to serve Defendant Vasilos Lambos or seeking application for alternative service of the Order to Show Cause by April 14, 2022.

WHEREAS, Plaintiff has not filed the letter directed in the April 6, 2022, Order.  It is hereby

**ORDERED** that Plaintiff shall file the letter directed in the April 6, 2022, Order by April 20, 2022.  Plaintiff is warned that failure to comply with Court's deadlines may result in sanctions including dismissal.

Dated: April 18, 2022
      New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**