UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ALICIA VELASQUEZ, et al.,                :
                Plaintiffs,     :
                                  :       20 Civ. 4208 (LGS)
     -against-                        :
                                  :       ORDER
LITIES CORP., et al.,                    :
                Defendants,   :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, the Order dated December 14, 2021, approved the settlement between Plaintiff and Defendants Karikan Donut Corp. and Achilles Polygerinos;

      WHEREAS, the Order dated April 22, 2022, directed Plaintiff to file the Stipulation of Discontinuance against Defendants Karikan Donut Corp. and Achilles Polygerinos by April 25, 2022;

      WHEREAS, Plaintiff has not filed the Stipulation of Discontinuance.  It is hereby

      **ORDERED** that Plaintiff shall file the Stipulation of Discontinuance against Defendants Karikans Donut Corp. and Achilles Polygerinos by May 5, 2022.  Plaintiff is warned that failure to comply with Court's deadlines may result in sanctions.

Dated: May 2, 2022
      New York, New York

                                                       LORNA G. SCHOFIELD
                                              UNITED STATES DISTRICT JUDGE